1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANGELA NAILS,                         No.  2:16-cv-00688-MCE-EFB PS

12          Plaintiff,

13      v.                                 ORDER

14   24 HOUR FITNESS CENTER,

15          Defendant.

16

17          On December 20, 2016, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  No objections were filed.

20          The court has reviewed the applicable legal standards and, good cause appearing,

21   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22          Accordingly, IT IS ORDERED that:

23      1.  The proposed Findings and Recommendations filed December 20, 2016, are

24          ADOPTED;

25      2.  Defendant's motion to dismiss (ECF No. 3) is granted; and

26      3.  Plaintiff is granted thirty days from the date of service of this order to file an amended

27          complaint. The amended complaint must bear the docket number assigned to this case

28          and must be labeled "First Amended Complaint."  Plaintiff is admonished that failure

1    to timely file an amended complaint will result in a recommendation by the magistrate

2    judge that this action be dismissed.

3        IT IS SO ORDERED.

4  Dated:  February 7, 2017

5

6                                         MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28