UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NAILS,<br><br>           Plaintiff,<br><br>   v.<br><br>24 HOURS FITNESS CENTER<br><br>           Defendant. | No. 2:16-cv-688-MCE-EFB PS<br><br><br>ORDER |

On February 7, 2017, the court dismissed plaintiff's complaint and granted her thirty days to file an amended complaint. ECF No. 23. On April 25, 2017, plaintiff filed a request for an extension of time to file an amended complaint, explaining that she did not receive the order dismissing her complaint until April 17, 2017. ECF No. 25.

It is hereby ORDERED that plaintiff's request for an extension of time (ECF No. 25) is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order. Failure to timely file an amended complaint may result in a recommendation that this action be dismissed.

DATED: May 1, 2017.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE